UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMIN YOUSEF, ET AL., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> GENERAL DYNAMICS CORPORATION, : <br> ET AL., : <br> : <br> Defendants. : <br> _____: <br> : <br> CRANE ROBINSON, ET AL., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> GENERAL DYNAMICS, ET AL., : <br> : <br> Defendants. : | Civil Action No. 07-5186 (SDW) <br><br> **ORDER** <br><br> November 14, 2008 |

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo ("Magistrate Judge Arleo"), filed on October 2, 2008. In the R&R, Magistrate Judge Arleo considers the arguments made by the parties, and recommends that the two consolidated actions be remanded to the Superior Court of New Jersey for lack of subject matter jurisdiction, and that the Defendants General Dynamics-Ordnance and Tactical Systems, Inc. ("GDOTS") and David Edmonds' ("Edmonds") motion to dismiss for forum non conveniens be dismissed as moot. On October 16, 2008, the Defendants, GDOTS and Edmonds,

filed an objection ("Objection") to the R&R. On October 17, 2008, the Plaintiffs, Amin Yousef and Khwala Yousef, filed a reply ("Reply") to the Defendants' Objection.

The court has reviewed the Objection to the R&R filed by the Defendants GDOTS and Edmonds, as well as the Reply filed by the Plaintiffs Amin Yousef and Khwala Yousef. The Court has also reviewed the R&R and the other documents on file in this matter. Based on the foregoing, and for good cause shown,

It is hereby **ORDERED** that the R&R of Magistrate Judge Arleo, filed October 2, 2008, is **ADOPTED** as the conclusions of law of this Court.

The two consolidated actions are hereby **REMANDED** to the Superior Court of New Jersey, for lack of subject matter jurisdiction.

Defendants' motion to dismiss for forum non convience is hereby **DISMISSED** as moot.

**SO ORDERED.**

s/Susan D. Wigenton, U.S.D.J.

cc: Magistrate Judge Madeline C. Arleo